ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
LYNDA P. KING
Assistant General Counsel
Nevada Bar No. 7047
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
elda.sidhu@unlv.edu
lynda.king@unlv.edu
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HONGHUI DENG, | CASE NO.: 2:17-cv-03019-APG-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO VACATE AND RESCHEDULE EARLY NEUTRAL EVALUATION** |
| THE STATE OF NEVADA *ex rel.* THE BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS; KEAH-CHOON TAN, | |
| Defendants. | |

IT IS STIPULATED AND AGREED by Defendants, the State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas ("**UNLV**"), and Keah-Choon Tan ("**Tan**"), by and through counsel, Lynda P. King, Esq., Assistant General Counsel, University of Nevada, Las Vegas, Office of General Counsel, and Plaintiff, Honghui Deng, by and through his counsel, Robert P. Spretnak, of the Law Offices of Robert P. Spretnak, that, for good cause, the Early Neutral Evaluation ("**ENE**") currently set for March 8, 2018 at 9:30 a.m. should be vacated and rescheduled. **ECF No. 6.**

Upon receipt of the Order Scheduling the ENE, Defendant Tan advised counsel he is unable to appear at the ENE due to pre-arranged international travel (to Malaysia) from February 12, 2018

through March 15, 2018.  Defendant Tan is unable to cancel his previously scheduled travel. At the time Defendant Tan advised counsel of his pre-planned travel, he concurrently provided proof of his travel plans in the form of an e-ticket, which was purchased on April 27, 2017.

In light of Defendant Tan's inability to appear on March 8, 2018, Defendant representative, Brent Hathaway, Dean of the UNLV Business School, provided his availability for late March or early April, but advises that he has international travel planned from April 19 - 30, 2018.

UNLV is part of the self-funded Tort Claims Fund, managed by State of Nevada, Office of Attorney General, Nancy L. Katafias, Tort Claims Manager, who is a representative that must be present for all potential settlement discussions.  Ms. Katafias informed Defendants' counsel of her availability, as follows: any Monday, Wednesday, or Thursday after March 15, 2018, with the exception of April 23-27, 2018, and May 9-22, 2018.

Plaintiff and his counsel are available during the last week of March and the first two weeks of April.

**As such, it appears that all Parties and their required representatives are available on April 2, 4, 5, or 9, 2018.**

Based on the foregoing, Parties submit good cause exists and requests this Court vacate and reschedule the ENE to ensure the presence of key individuals to support the utility and purpose of the ENE session.

DATED:  December 19, 2017

/S/ LYNDA P. KING
LYNDA P. KING
Assistant General Counsel
Nevada Bar No.  7047
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299
*Attorneys for Defendants*

DATED:  December 19, 2017

/S/ ROBERT P. SPRETNAK
ROBERT P. SPRETNAK, ESQ.
Bar No. 5135
LAW OFFICES OF ROBERT P. SPRETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
*Attorney for Plaintiff*

**ORDER**

**IT IS HEREBY ORDERED** that the ENE currently scheduled for March 8, 2018 is **VACATED** and **CONTINUED** to 9:30 a.m. on April 4, 2018.

**IF IS FURTHER ORDERED** that confidential ENE statements are due to Chambers no later than 3:00 p.m. on March 28, 2018.

**IT IS FURTHER** ORDERED that all other instructions within the original Order Scheduling ENE (ECF No. 6) shall remain as is.

DATED this 20th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE