LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob@spretnak.com
Attorney for Plaintiff

UNIVERSITY OF NEVADA, LAS VEGAS
Elda M. Sidhu, Esq. (Bar No. 7799)
Lynda P. King, Esq. (Bar No. 7047)
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Fax: (702) 895-5299
Email: elda.sidhu@unlv.edu; lynda.king@unlv.edu
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HONGHUI DENG,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; and KEAH-CHOON TAN, an individual,<br><br>Defendants. | Case No.: 2:17-cv-03019-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>**(First Request)** |

Plaintiff HONGHUI DENG and Defendants STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS and KEAH-CHOON TAN, by and through their counsel of record, hereby STIPULATE AND AGREE that the current discovery cutoff date of **June 13, 2018**, be continued for a period of ninety (90) days up to and including **September 11, 2018**. This is the first extension to the discovery period that has been requested in this matter.

**1.    DISCOVERY COMPLETED TO DATE:**

Plaintiff HONGHUI DENG and Defendants STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 5

UNIVERSITY OF NEVADA, LAS VEGAS and KEAH-CHOON TAN all made their initial disclosures required under Fed. R. Civ. P. 26(a)(1)(A) within the time period set forth in the Stipulated Discovery Plan and Scheduling Order (ECF No. 13). Plaintiff served his First Supplement to Plaintiff's Initial Disclosures on February 28, 2018, and his Second Supplement to Plaintiff's Initial Disclosures on April 17, 2018.

Plaintiff propounded the following written discovery:

1. Plaintiff's First Set of Requests for Production of Documents to Defendant State Of Nevada ex rel. Board Of Regents of the Nevada System of Higher Education, on behalf of The University of Nevada, Las Vegas, served on March 29, 2018, for which Defendant UNLV has asked for additional time to respond due to the extensive nature of the requests;

2. Plaintiff's First Set of Interrogatories to Defendant State Of Nevada ex rel. Board Of Regents of the Nevada System of Higher Education, on behalf of The University of Nevada, Las Vegas, served on March 29, 2018, to which Defendant UNLV has responded;

3. Plaintiff's Second Set of Requests for Production of Documents (Request Nos. 37-46), served on April 2, 2018, for which Defendant UNLV has asked for additional time to respond due to the extensive nature of the requests; and

4. Plaintiff's Third Set of Requests for Production of Documents (Request Nos. 47-54), which were served on April 15, 2018, and for which the response is not yet due.

Defendant propounded the following written discovery:

1. "Defendant Keah-Choon Tan's First Set of Interrogatories to Plaintiff," which were served on May 9, 2018;

2. "Defendant Keah-Choon Tan's First Set of Requests for Production to Plaintiff," which were served on May 9, 2018;

3. "Defendant UNLV's First Set of Interrogatories to Plaintiff," which were served on May 11, 2018; and

4. "Defendant UNLV's First Set of Requests for Production to Plaintiff," which were served on May 11, 2018.

The responses to each of above are not yet due and have not yet been served.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 5

Additionally, Plaintiff served document subpoenae on the following third-party witnesses who were believed to have documents relevant to this case:

1. Dr. Ken Peffers. Dr. Peffers responded on February 28, 2018, and the documents that he produced were, in turn, produced to Defendants as part of Plaintiff's First Supplement to Plaintiff's Initial Disclosures.

2. Dr. Bill Kuechler. Dr. Kuechler responded by letter dated April 30, 2018, that he had no documents responsive to the subpoena in his possession, custody or control.

**2. DISCOVERY YET TO BE COMPLETED:**

Once the documents are produced in this matter, Plaintiff intends to take the following depositions:

1. Len Jessup;
2. Brent Hathaway;
3. Defendant Keah-Choon Tan;
4. Nancy Rapaport;
5. G. Stoney Alder; and
6. William Kuechler.

Names made be added to, or omitted from, this list, based on the review of the document production. Defendant intends to take the depositions of Plaintiff Honghui Deng, Ken Peffers, and Marcus Rothenberger, and may schedule other depositions depending on the results of those depositions and/or based on the review of document production.

**3. REASONS WHY REMAINING DISCOVERY HAS NOT YET BEEN COMPLETED:**

There are two major reasons why discovery cannot be completed by June 13, 2018, the currently-scheduled discovery cut-off. The parties have been working diligently to complete discovery and, thus far, have been able to resolve any disputes over the scope of discovery and have been cooperative regarding discovery extensions. However, despite this diligence, the initial 180-day discovery has proven to be insufficient.

First, Plaintiff has made extensive document requests that have required a substantial investment in time by Defendant UNLV to respond, as many of the requests pertain to specific email

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 3 of 5

communications and those requests have taken time to respond. Second, Plaintiff Honghui Deng will be out of the country, on a teaching assignment, from May 21, 2018, through the end of July. It is for this reason not only that discovery must be extended, but that it needs to be extended for 90 days. Lastly, there is a possibility that certain documents will require certified translation from Chinese (Mandarin) to English.

**4. REVISED DISCOVERY PLAN:**

1. <u>Discovery Cut-Off Date</u>: **September 11, 2018**.

2. <u>Dispositive Motions</u>: The date for filing dispositive motions shall be not later than **October 11, 2018**, 30 days after the discovery cut-off date. In the event that the discovery period is extended from the discovery cut-off date set forth in this Stipulation and Order to Extend Discovery (First Request), the date for filing dispositive motions shall be extended for the same duration, to be not later than 30 days from the subsequent discovery cut-off date.

3. <u>Pretrial Order</u>: The date for filing the joint pretrial order shall be not later than **November 13, 2018**, 30 days after the date set for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court.

4. <u>Additional Extensions of the Discovery Period</u>: The last day for the parties to file their Motion and/or Stipulation to Extend Discovery shall be **August 21, 2018**, twenty (21) days prior to the revised discovery cut-off.

5. Any discovery deadline not extended in accordance with the Revised Discovery Plan set forth above shall remain controlled by the Stipulated Discovery Plan and Scheduling Order (ECF No. 12), as approved by the Court on July 18, 2017.

////
////
////
////
////
////

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 4 of 5

1  No trial date has yet been ordered.

DATED: May 18, 2018.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.

Attorney for Plaintiff

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: May 18, 2018.

UNIVERSITY OF NEVADA, LAS VEGAS

By: /s/ Lynda P. King
    Elda M. Sidhu, Esq.
    Lynda P. King, Esq.

Attorneys for Defendants

4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

May 18, 2018

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123