# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

HONGHUI DENG,

              Plaintiff,

vs.

STATE OF NEVADA ex rel. BOARD OF
REGENTS OF THE NEVADA SYSTEM OF
HIGHER EDUCATION, *et al.*,

              Defendants.

2:17-cv-03019-APG-VCF

**ORDER**

Before the court is Defendants' Motion to Extend Discovery and Impose a Limited Stay as to All Currently Scheduled Depositions, or in the Alternative, a Limited Stay of All Discovery Until Plaintiff's Filing of a New Action (ECF NO. 33).

Accordingly,

IT IS HEREBY ORDERED that all discovery deadlines in the revised discovery plan and scheduling order (ECF NO. 30) are VACATED. Any opposition to Defendants' Motion to Extend Discovery and Impose a Limited Stay as to All Currently Scheduled Depositions, or in the Alternative, a Limited Stay of All Discovery Until Plaintiff's Filing of a New Action (ECF NO. 33) must be filed on or before December 6, 2018. Any reply in support of Defendants' Motion to Extend Discovery and Impose a Limited Stay as to All Currently Scheduled Depositions, or in the Alternative, a Limited Stay of All Discovery Until Plaintiff's Filing of a New Action (ECF NO. 33) must be filed on or before December 11, 2018.

IT IS FURTHER ORDERED that a hearing on Defendants' Motion to Extend Discovery and Impose a Limited Stay as to All Currently Scheduled Depositions, or in the Alternative, a Limited Stay of All Discovery Until Plaintiff's Filing of a New Action (ECF NO. 33) is scheduled for 10:00 AM, December 17, 2018, in Courtroom 3D.

DATED this 29th day of November, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE