# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| HONGHUI DENG,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA ex rel. THE BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS, KEAH-CHOON TAN,<br><br>Defendants. | 2:17-CV-03019-APG-VCF<br><br>**ORDER** |

Before the court is Defendants' Motion to Stay Proceedings (ECF NO. 40).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendants' Motion to Stay Proceedings (ECF NO. 40) must be filed on or before February 20, 2019 and any reply in support of Defendants' Motion to Stay Proceedings (ECF NO. 40) must be filed on or before February 27, 2019.

IT IS FURTHER ORDERED that a hearing on Defendants' Motion to Stay Proceedings (ECF NO. 40) is scheduled for 10:00 AM, March 6, 2019, in Courtroom 3D.

DATED this 13th day of February, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE