# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| HONGHUI DENG,<br><br>    Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA ex rel. THE BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS, *et al.*,<br><br>    Defendants. | 2:17-cv-03019-APG-VCF<br><br>**MINUTE ORDER** |
| HONGHUI DENG,<br><br>    Plaintiff,<br><br>vs.<br><br>BRENT HATHAWAY, an individual ; NANCY RAPOPORT, an individual ; DIANE CHASE, an individual; NGAI PINDELL, an individual ; LEN JESSUP, an individual; STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; and DOES 1-10, currently unknown individuals,<br><br>    Defendants. | 2:19-cv-00871-JCM-CWH<br><br>**MINUTE ORDER** |

      Before the Court are *Hongdui Deng v. The State of Nevada, et al.*, case no. 2:17-cv-03019-APG-VCF and *Hongdui Deng v. Brent Hathaway, et al.*, case no. 2:19-cv-00871-JCM-CWH.

      Pursuant to Local Rule 16-6, case no. 2:19-cv-00871-JCM-CWH has been assigned to the court's Early Neutral Evaluation Program. The undersigned is the ENE judge in this matter.

Given the claims of the two cases, the court will set a status hearing to see if the parties are amendable to discuss the possibility of having a global settlement at the Early Neutral Evaluation conference.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 2:00 PM, June 6, 2019, in Courtroom 3D.

Dated this 23rd day of May, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE