# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| HONGHUI DENG,<br><br>        Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA *ex rel.* THE BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF LAS VEGAS, KEAH-CHOON TAN,<br><br>        Defendants. | 2:17-cv-03019-APG-VCF<br><br>**ORDER** |

Before the court is the Joint Statement Regarding Settlement/Early Neutral Evaluation (ECF NO. 54).

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 AM, December 16, 2019, in Courtroom 3D.

IT IS FURTHER ORDERED that the parties must file a new proposed discovery plan and scheduling order on or before June 24, 2019.

IT IS FURTHER ORDERED that the status hearing scheduled for September 12, 2019, is VACATED.

DATED this 12th day of June, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE