ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
LYNDA P. KING
Assistant General Counsel
Nevada Bar No. 7047
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299
elda.sidhu@unlv.edu
lynda.king@unlv.edu
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HONGHUI DENG,<br><br>           Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA *ex rel.* BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; and KEAH-CHOON TAN, an individual,<br><br>           Defendants.<br><br>AND ALL RELATED CLAIMS. | CASE NO.:  2:17-cv-03019-APG-VCF<br><br>CONSOLIDATED CASE NO.:<br>2:19-cv-00871-JCM-CWH<br><br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

IT IS STIPULATED AND AGREED by Defendants, the State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas ("**UNLV**"), Keah-Choon Tan ("**Tan**"), Len Jessup ("**Jessup**"), and Brent Hathaway ("**Hathaway**"), by and through counsel, Lynda P. King, Esq., Assistant General Counsel,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

University of Nevada, Las Vegas, Office of General Counsel, and Plaintiff, Honghui Deng, by and through his counsel, Robert P. Spretnak, Esq., of the Law Offices of Robert Spretnak, that the above-entitled actions, Case No. 2:17-cv-03019-APG-VCF and Consolidated Case No. 2:19-cv-00871-JCM-CWH, in their entirety, be voluntarily dismissed with prejudice. Unless otherwise provided, each party shall bear their own attorneys' fees and costs.

| DATED: July 14, 2020 | DATED: July 14, 2020 |
|---|---|
| /S/ LYNDA P. KING | /S/ ROBERT P. SPRETNAK |
| LYNDA P. KING | ROBERT P. SPRETNAK, ESQ. |
| Assistant General Counsel | Bar No. 5135 |
| Nevada Bar No. 7047 | LAW OFFICES OF ROBERT P. SPRETNAK |
| UNIVERSITY OF NEVADA, LAS VEGAS | 8275 S. Eastern Avenue, Suite 200 |
| 4505 S. Maryland Parkway, Box 451085 | Las Vegas, Nevada 89123 |
| Las Vegas, Nevada 89154-1085 | Telephone: (702) 454-4900 |
| Telephone: (702) 895-5185 | Fax: (702) 938-1055 |
| Facsimile: (702) 895-5299 | *Attorney for Plaintiff* |
| *Attorneys for Defendants* | |

## ORDER

IT IS SO ORDERED that the above-entitled case be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 14, 2020.

_____
UNITED STATES DISTRICT JUDGE